UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-81416-CIV-MARRA/JOHNSON

MICROSOFT CORPORATION, a
Washington corporation,

    Plaintiff,

vs.

DOMAIN INVESTMENTS, LLC
and JOHN DOES 1-23,

    Defendants.
_____/

### STIPULATION FOR INJUNCTIVE RELIEF

Plaintiff, Microsoft Corporation ("Microsoft") and Defendant, Domain Investments, LLC ("Domain"), hereby enter the following Stipulation For Injunctive Relief.

Pursuant to Federal Rule of Civil Procedure 65(d), defendant, its affiliated individuals, companies, or entities, as well as its officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them (collectively, "defendant"), is permanently enjoined from:

    (a)    infringing Microsoft's trademarks and service marks;

    (b)    registering, using or trafficking in any domain name that is identical or confusingly similar to Microsoft's marks, including but not limited to domain names containing Microsoft's marks and domain names containing misspelling of Microsoft's marks; and

  (c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a) through b) above.

Dated:  January 30, 2009       Respectfully submitted,

By: /s/ *Jonathan B. Morton*     By: /s/ *Lawrence G. Walters*
   Jonathan B. Morton, Esquire     Lawrence G. Walters, Esquire
   Florida Bar No. 956872       Florida Bar No.  776599
   jonathan.morton@klgates.com    larry@firstamendment.com
   K&L Gates, LLP         Marc J. Randazza, Esquire
   200 S. Biscayne Boulevard      Florida Bar No.  625566
   Wachovia Financial Center, #3900   mrandazza@firstamendment.com
   Miami, Florida 33131       Weston, Garrou, Walters & Mooney
   Telephone: (305) 539-3300     781 Douglas Avenue
   Facsimile: (305) 358-7095     Altamonte Springs, Florida 32714
                 Telephone: (407) 975-9150
       **And**         Facsimile: (407) 774-6151
                 *Attorneys for Defendant, Domain Investments, LLC*

   David A. Bateman, Esq.
   Pro Hac Vice
   david.bateman@klgates.com
   Pallavi Mehta Wahi, Esq.
   Pro Hac Vice
   pallavi.wahi@klgates.com
   K&L Gates, LLP
   925 Fourth Avenue, Suite 2900
   Seattle, Washington 98104
   Telephone: (206) 623-7580
   Facsimile: (206) 623-7022

*Attorneys for Plaintiff, Microsoft Corporation*